688 A.2d 1143

**Richard SOLOMON and Solomon Industries, Inc., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, William Thymic, Jerome J. Lehman and William F. McDonnell, Appellees.**

**No. 183 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

## ORDER

PER CURIAM.

AND NOW, this 29th day of January, 1997, the direct appeal is quashed.